# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

United States District Court
Southern District of Texas
FILED
AUG -7 2018
David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.

| Name | Role | Country |
|---|---|---|
| Jesus Rodriguez-Rivas YOB: 1974 | PRINCIPAL | Mexico |
| Bertha Alicia Salazar-Aleman YOB: 1983 | CO-PRINCIPAL | Mexico |
| Jonathan Javier Ramirez-Aleman YOB: 1995 | CO-PRINCIPAL | Mexico |

## CRIMINAL COMPLAINT

Case Number: M-18-1631-M

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **August 6, 2018** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did, *(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Jackeline Hirayi, a citizen and national of Guatemala, and Miguel Angel Candia-Martinez, a citizen and national of Mexico, along with twenty-three (23) other undocumented aliens, for a total of twenty-six (26), who had entered the United States in violation of law, concealed, harbored or shielded from detection or attempt to conceal, harbor, or shield from detection such aliens in any place, including any building or means of transportation, to-wit: a residence located in Edinburg, Texas**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(iii)**    **FELONY**

I further state that I am a(n) **Supervisory Border Patrol Agent** and that this complaint is based on the following facts:

On July 26, 2018, Border Patrol Agents obtained information from a detained undocumented alien regarding a house used for alien smuggling. The undocumented alien told agents he was kept at 16405 Hidalgo Street in Edinburg, Texas for several days.

On August 6, 2018, Border Patrol Agents began surveillance on the residence. Agents observed a male and female depart the residence and travel to a bank and then a grocery store. At the store, agents observed the subjects purchase large quantity of single items. After the subjects exited the store, agents approached the subjects and identified themselves with the assistance of the Hidalgo County Constables Office (HCCO).
**SEE ATTACHED**

Continued on the attached sheet and made a part of this complaint:   [X] Yes   [ ] No

Approved by Robert /s/

Signature of Complainant

Ian land    Supervisory Border Patrol Agent
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

August 7, 2018    4:30 p.m.    at McAllen, Texas
Date                                  City and State

Peter E. Ormsby, U. S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

## ATTACHMENT TO CRIMINAL COMPLAINT:

## M-18-*1631*-M

**RE:** Jesus Rodriguez-Rivas
Bertha Alicia Salazar-Aleman
Jonathan Javier Ramirez-Aleman

**CONTINUATION:**

The male subject, identified as, Jesus Rodriguez-Rivas, and the female, identified as Bertha Alicia Salazar-Aleman, were questioned regarding the information received concerning possible alien smuggling. Rodriguez admitted to agents that he currently was harboring 20 illegal aliens at his house. Agents then performed an immigration inspection on both subjects. Both Rodriguez and Salazar were found to be undocumented aliens. Both Rodriguez and Salazar were read their rights and placed under arrest.

Rodriguez provided verbal and written consent to search his house. Agents along with HCCO searched the residence and discovered 27 undocumented subjects from various countries. One of these subjects was Jonathon Javier Ramirez-Aleman, who stated he was related to Rodriguez and Salazar.

All the subjects were transported to the McAllen Border Patrol Station and processed accordingly.

**Principal Statements**

Jesus Rodriguez-Rivas and Jonathon Javier Ramirez-Aleman were read their Miranda Rights. They understood their rights and provided a sworn statement.

Jesus Rodriguez-Rivas, a citizen of Mexico, stated he lives at 16405 Hidalgo Street in Edinburg, Texas. He has lived at the residence for 3 months. He started harboring undocumented aliens because he needed the money and was being paid $150 USD per alien. In addition to harboring the aliens, he would transport the undocumented aliens to the house after picking them up at a store. Rodriguez claims that Salazar, his wife, and Ramirez, his nephew, occasionally picked up undocumented aliens and brought them to the house. Rodriguez told the undocumented aliens not to make noise and leave the house. Rodriguez would also take the aliens cellphones but returned them when they left.

Rodriguez identified Salazar, through a photo lineup, as being his wife, who occasionally picked up undocumented aliens and provided food to the people.

Rodriguez identified Ramirez, through a photo lineup, as the person in charge of the house when he and his wife were not there.

Ramirez, a citizen of Mexico, stated he crossed illegally into the United States and was going to Houston, Texas. Ramirez claims that he was transported to the house where he was arrested.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
## McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

M-18- 1631 -M

**RE:** Jesus Rodriguez-Rivas
Bertha Alicia Salazar-Aleman
Jonathan Javier Ramirez-Aleman

**CONTINUATION:**

Ramirez told agents that Salazar and Rodriguez lived there. Ramirez claims that he was waiting to be smuggled to Houston. Salazar, his cousin, never talked to him about the aliens, but Ramirez knew the house was being used to harbor aliens from his observations. Ramirez gave the undocumented aliens food and water. Ramirez admitted that he would also tell the people to stay quiet, but was not in charge. Ramirez never confronted Salazar about what was happening because he was leaving.

Bertha Alicia Salazar-Aleman was read her Miranda Rights. She declined to provide a sworn statement.

**MATERIAL WITNESSES STATEMENTS:**

Jackeline Hirayi Delgado-Garcia and Miguel Angel Candia-Martinez were read their Miranda Rights. Both understood and agreed to provide a sworn statement.

Delgado, a citizen of Guatemala, stated her friend made the smuggling arrangements and was to pay $10,000 USD. She was smuggled into the United States on July 27, 2018 along with several other subjects and transported by a male driver to a stash house. The driver instructed them to get out and go inside the house. Delgado identified Rodriguez, through a photo lineup as the driver that transported her to the stash house. Once inside the house, Delgado claims a female subject was waiting for her and wrote her name on a notebook. According to Delgado, the female would also feed them twice a day. Delgado identified Salazar, through a photo lineup, as the female subject who provided food. Delgado further stated that another male subject took her cell phone away and instructed her where to sleep. Delgado claims this male subject would instruct them not to make noise or go outside. Delgado identified Ramirez, as the male subject who took her cell phone away through a photo lineup.

Candia, a citizen of Mexico, stated he made the smuggling arrangements for $5,500 USD and has paid $2,000 USD. After he crossed, he was transported to the house where he was arrested. Candia identified Rodriguez, through a photo lineup, as the person in charge of the stash house and would provide food.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

M-18- *1631* -M

**RE:**   **Jesus Rodriguez-Rivas**
         **Bertha Alicia Salazar-Aleman**
         **Jonathan Javier Ramirez-Aleman**

**CONTINUATION:**

According to Candia, Salazar wrote down his name on a notebook. Salazar also took his cell phone and told him where he could rest. Salazar also told aliens who was leaving the house. Salazar also told him he was leaving this Saturday. Candia identified Salazar, through a photo lineup, also in charge of the stash house and Rodriguez's wife.

Candia identified Ramirez, through a photo lineup. Candia stated that Ramirez would count the aliens in the house to make food plates. Ramirez would also tell them to keep quiet and told them he would take the television away if they didn't listen.